UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JANE SIONNI

        v.                CA No. 06-18-T

JO ANNE B. BARNHART,
Commissioner of Social Security

### ORDER GRANTING
### MOTION FOR ENTRY OF JUDGMENT

    Defendant's Motion for Entry of Judgment with reversal and Remand (Document No. 9) is hereby GRANTED. Final judgment may enter for the plaintiff reversing the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and the matter is remanded for further administrative proceedings.

                                      By Order

                                      /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: Oct. 13, 2006